UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDALIS ROLDAN,<br><br>                                        Plaintiff,<br><br>   -against-<br>FAMILY COURT OF THE CITY OF NEW YORK, et al.,<br><br>                                        Defendants. | 25cv04594 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

   The application of the pro se plaintiff who now has in forma pauperis status for return of the filing fee she paid (ECF 14) is granted.

   The Clerk of Court is respectfully requested to issue a refund to plaintiff.

DATED:  June 24, 2025
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge