UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDALIS ROLDAN,<br><br>      Plaintiff,<br><br> -against-<br>FAMILY COURT OF THE CITY OF NEW YORK, et al.,<br><br>      Defendants. | 25cv04594 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  A telephonic conference is scheduled for **Friday, June 27, 2025 at 10:00 a.m.** Pro Se Plaintiff should be prepared to discuss the Motion filed on June 23, 2025 [ECF 16]. Pro Se Plaintiff is directed to join the conference at the scheduled time.

  Please dial (646) 453-4442, Access Code: 706 905 741#.

DATED: June 24, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge