UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRENDALIS ROLDAN,

                Plaintiff,

   -against-

FAMILY COURT OF THE CITY OF NEW YORK, et al.,

                Defendants.

25-CV-4594 (JHR) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      On Augst 11, 2025, pro se Plaintiff filed two letters requesting that: (1) "all future communications from the Court, Clerk's Office, and opposing counsel be conducted in writing via email"; (2) "the Court schedule oral argument on [her] pending EMERGENCY MOTION FOR INJUNCTION OR STAY PENDING RESOLUTION" (*see* ECF 35); and (3) "all future proceedings in this matter be conducted via Zoom as a reasonable accommodation under the Americans with Disabilities Act." (*See* ECF 38; ECF 39.)

      First, if Plaintiff seeks to receive documents filed in this case electronically by email, Plaintiff may complete a Consent to Electronic Service form, available at https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases. Plaintiff may file a completed consent form on the docket. The form will require Plaintiff to sign up for a Public Access to Court Electronic Records (PACER) account; instructions for setting up a PACER account may be accessed at the Court's website, available at https://nysd.uscourts.gov/programs/records/pacer, or at the PACER website, available at https://pacer.uscourts.gov/. Plaintiff is notified that if she consents to electronic service,

she will receive documents by email and no longer receive documents by regular mail; she will only have a limited number of days to view and download emailed documents free of charge and will be able to have free access to each document only once (so she would need to download and save all documents to avoid incurring charges after her first time accessing each document); and this electronic service does not allow Plaintiff to file documents electronically.

Second, Plaintiff's July 29, 2025 motion for injunctive relief or a stay (*see* ECF 35) is substantially similar to her previous motions for interim relief (ECF 16; ECF 17; ECF 18), which I considered and recommended that Judge Rearden deny in my July 2, 2025 report and recommendation (*see* ECF 28). If Plaintiff wishes for an opportunity to be heard on her latest motion, she may file a letter on the docket requesting that a hearing be scheduled with the undersigned magistrate judge. If Plaintiff does not request a hearing with the undersigned by **August 18, 2025**, it is my intention to recommend that Judge Rearden deny the interim relief that Plaintiff requests in ECF 35, for substantially the same reasons described in my report and recommendation (*see* ECF 28).

Lastly, if Plaintiff requires any accommodation to participate in a Court proceeding or other Court activity because of a disability, Plaintiff may contact the Court at Accommodation@nysd.uscourts.gov to request an accommodation.

DATED: August 11, 2025
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge