UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRENDALIS ROLDAN,

                Plaintiff,

-against-

FAMILY COURT OF THE CITY OF NEW YORK, et al.,

                Defendants.

25-CV-4594 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Pending before the Court are the following motions:

1. ECF 29, "motion to vacate [state court] orders issued without jurisdiction"; ECF 31, "emergency motion for return of minor child"; and ECF 35, "emergency motion for injunction or stay pending resolution of writ of mandamus." These motions are **DENIED as moot** in light of the remand of the custody case to state court (ECF 54).

2. ECF 39, motion for oral argument on requested ADA accommodation. I offered Plaintiff the opportunity to have oral argument before me and directed her to submit a letter by August 18, 2025 if she wished me to schedule a time. (ECF 43.) She did not do so. Accordingly, this motion is denied without prejudice to renewal.

    The Clerk of Court is respectfully requested to terminate **ECF 29, 31, 35, and 39**.

DATED: August 26, 2025
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge