UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRENDALIS ROLDAN,

                    Plaintiff,

      -against-

FAMILY COURT OF THE CITY OF NEW YORK, et al.,

                    Defendants.

25-CV-4594 (JHR) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On November 26, 2025, Plaintiff, who does not have a lawyer, filed an emergency petition for relief pursuant to 28 U.S.C. §§ 1651, 2241, 2254 (the "Emergency Petition"). (ECF 88.) On November 24, 2025, Plaintiff filed an index of exhibits, which was entered on the docket on November 26, 2025 (the "Exhibit Index"). (ECF 89.) The Emergency Petition and Exhibit Index both contain and link to personally identifiable information and medical records of Plaintiff's minor child. (*See* ECF 88, Emergency Petition; ECF 89, Exhibit Index.)

I am directing the Clerk of Court to seal **ECF 88 and ECF 89**, with access limited to court personnel and case participants. Plaintiff may refile copies of the Emergency Petition and the Exhibit Index that redact: (1) the personally identifiable information and medical records of Plaintiff's minor child and any other person, and (2) the links to any other documents that contain the personally identifiable information and medical records of Plaintiff's minor child and any other person.

DATED:  November 26, 2025
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge