UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRENDALIS ROLDAN,

                    Plaintiff,

          -against-

FAMILY COURT OF THE CITY OF NEW YORK, et al.,

                    Defendants.

---

25-CV-4594 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Plaintiff's motion for early discovery and a preservation order (ECF 114). Plaintiff argues that she pursued records through the New York Freedom of Information Law ("FOIL") but that her request was denied on the basis that the documents sought are judicial records outside the scope of the FOIL. For the reasons set forth below, the motion is DENIED.

"A party may not seek discovery from any source before the parties have met and conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosures. . . or when authorized by these rules, or by court order." Fed. R. Civ. P. 26(d)(1). There has not yet been the required Rule 26(f) conference, this case is not exempted from initial disclosures, and the requested early disclosure is not authorized under the Federal Rules of Civil Procedure. I decline to issue an order permitting early discovery, because, as set forth in my prior reports and recommendations, I do not believe that the operative complaint or proposed amended complaint states a claim. (ECF 28, ECF 112.) It is unclear whether any of Plaintiff's claims, and if so which, will proceed in this Court. If Plaintiff's claims are not permitted to proceed, or if only some are permitted to proceed, that would narrow or eliminate the need for discovery.

Additionally, for some of the discovery sought through the FOIL process, Plaintiff has not exhausted the process. The letter denying her FOIL appeal states that, for several categories of the discovery sought, more information is needed; as to those materials, the letter does not deny Plaintiff's request but instead asks for more information (ECF 114 at 7). As to the materials on which Plaintiff focuses in her motion – "judicial documents" – it is not clear that this Court could or would require disclosure of judicial documents.

The Clerk of Court is respectfully requested to terminate ECF 114.

DATED:  April 30, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge