**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
  BRENDALIS ROLDAN,

                              Plaintiff,                              25 **CIVIL** 4594 (JHR)(RFT)

              -against-                                               **JUDGMENT**


FAMILY COURT OF THE CITY OF NEW
YORK et al.,
                              Defendants.
------------------------------------------------------------------------X


     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated May 12, 2026, the Court has adopted the February 13, 2026

Report and Recommendation in its entirety and, on the grounds set forth therein, denied the

following applications:  motion to amend the complaint, ECF No. 64;  motion for an indicative

ruling, ECF No. 74;  motion for findings of fact and conclusions of law, ECF No. 78; motion to

enforce removal and federal jurisdiction, ECF No. 105; petition for habeas corpus, ECF No. 88;

and emergency motion to compel a ruling on the habeas petition, ECF No. 102.  The case is

dismissed without prejudice pursuant to Federal Rule 41(b); accordingly, the case is closed.

**Dated:**  New York, New York
       May 13, 2026


                                                      **TAMMI M. HELLWIG**
                                       _____
                                                      **Clerk of Court**


                              **BY:**           K. mango
                                       _____
                                                      **Deputy Clerk**